**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

**Clerks Office**
(312) 435-5691

December 05, 2013

United States District Court
For the Southern District of California,
Edward J. Schwartz United States Courthouse
221 West Broadway
San Diego, CA 92101

**RE: Sullivan v. Midland Funding, LLC et al**
**Case No: 13cv6859**

Dear Clerk:

Pursuant to the order entered by the United States Judicial Panel Multidistrict Litigation, the below mentioned:

Was electronically transmitted to the **United States District Court for the Southern District of California.**

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,
**Thomas G. Bruton, Clerk**

By:   /s/ Travis Grammer
        Deputy Clerk

New Case No. _____          Date _____

cc:      Non-ECF Attorneys and Pro se Parties