# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHCELLE SULLIVAN, | Case No. 3:13-cv-2904-MMA-MDD |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC., | [Doc. No. 15] |
| Defendants. | |

The parties jointly move for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon considering the joint motion and for good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** the above-referenced matter with prejudice. Pursuant to the joint motion, each party shall bear its own attorney's fees and costs.

The Clerk of Court is instructed to terminate this action.

**IT IS SO ORDERED.**

DATED: February 7, 2014

Hon. Michael M. Anello
United States District Judge